(February 12, 1988)

■ In the Matter of LEE LANDESBERG, for Reinstatement as an Attorney.—Application for reinstatement granted, and petitioner, Lee Landesberg, reinstated as an attorney and counselor-at-law, effective immediately. Order entered. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.